UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:15-cv-61239-UU

DAWN MARIE GASS,

    Plaintiff,

v.

BLACKSTONE PARTNERS LLC, et al.,

    Defendants.
_____/

**ORDER ON DEFENDANT BLACKSTONE PARTNERS LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ALLOW THE PARTIES TO FILE A MOTION TO APPROVE SETTLEMENT AGREEMENT**

THIS CAUSE having come before the Court on Defendant Blackstone Partners LLC's Motion for Extension of Time to allow the parties to file a motion to approve settlement (the "Motion"), and the Court being duly advised in the premises and advised that there is no opposition from Plaintiff, it is hereby:

ORDERED AND ADJUDGED that Defendant's Motion be and the same is hereby GRANTED. The parties shall have until Friday, September 11, 2015, to file a motion to approve the settlement reached between the parties, along with all papers related to the settlement and a proposed order of dismissal. The motion must (1) confirm that the attached agreement includes every term and condition of the parties' settlement; (2) explain the factors considered in reaching the settlement and justifying the compromise of Plaintiff's claims; and (3) represent that Plaintiff's attorney's fee was agreed upon separately and without regard to the amount paid to Plaintiff, or disclose the extent to which the amount paid to Plaintiff has or will be compromised by the

deduction of attorneys' fees, costs or expenses pursuant to a contract between the plaintiff and his or her counsel.

      DONE AND ORDERED, in Chambers at Miami, Florida, this ___ day of August, 2015.

_____
**URSULA UNGARO**
**UNITED STATES DISTRICT JUDGE**

copies provided to: counsel of record